submit a petition in compliance with Rule 33 of the Rules of this Court. THE CHIEF JUSTICE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would award respondent damages pursuant to Rule 49.2.

No. 82–6145. TATUM v. REGENTS OF THE UNIVERSITY OF NEBRASKA-LINCOLN ET AL., 460 U. S. 1048. Motion of respondents for damages granted, and damages are awarded to respondents in the amount of $500 pursuant to this Court's Rule 49.2. In all other respects, the motion is denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would deny the motion. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 82–6193. ESCOFIL v. PENNSYLVANIA. Sup. Ct. Pa. Motion of appellant for leave to proceed *in forma pauperis* denied. Appellant is allowed until July 5, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a jurisdictional statement in compliance with Rule 33 of the Rules of this Court. JUSTICE REHNQUIST and JUSTICE O'CONNOR would award appellee damages pursuant to Rule 49.2.

No. 82–6502. IN RE RUSH. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 5, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. THE CHIEF JUSTICE, JUSTICE REHNQUIST, and JUSTICE O'CONNOR would award respondents damages pursuant to Rule 49.2.

No. 82–6728. IN RE GREEN. Petition for writ of habeas corpus denied.

No. 82–6584. IN RE WEIGANG;
No. 82–6598. IN RE GREEN; and
No. 82–6662. IN RE KAGELER ET AL. Petitions for writs of mandamus denied.